127 F.3d 42
 Arthur H. Courshon, Jack R. Courshon, Trustees of Aaron
Courshon, Paul Pollak Trusts, Former Managing
Partners of Thunderbird Partnership,
Beneficiaries of Aaron Courshon Trust
v.
Patricia Pollak Weiss, Co-Conspirator, Purported Successor
Trustee, Beneficiary of Albert Pollak Trusts, Phyllis Pollak
Berkett, James Pollak, Gail Pollak Baril, Thomas Pollak,
Co-Conspirators, Beneficiaries of Albert Pollak Trusts
 NO. 95-5414
 United States Court of Appeals,
Eleventh Circuit.
 Sept 15, 1997
 S.D.Fla., 119 F.3d 9
 
 1
 DENIALS OF REHEARING EN BANC.